UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JEANINE LEE MOMMAERTS,

    Plaintiff,

  v.                                        Case No. 05-C-894

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.

**ORDER**

Plaintiff has filed an action against defendant Hartford Life, claiming it has wrongfully denied benefits. With her complaint she has filed a motion for leave to proceed *in forma pauperis* along with her declaration of assets and income. From these filings, however, it is evident that Ms. Mommaerts is not indigent. Generally speaking, *in forma pauperis* status is reserved for those plaintiffs who are incarcerated or who have almost no means at their disposal. *See* 28 U.S.C. § 1915. Here, the plaintiff indicates that she and her husband own two cars, a home, and have stock valued at some $37,000. The plaintiff's husband is employed. As this is a lawsuit to recover several thousand dollars in payments under an insurance policy, it is not unreasonable to expect that a plaintiff who believes in the merits of her case would be willing to pay the filing fee under these circumstances.

The motion to proceed *in forma pauperis* is **DENIED**.

The plaintiff shall pay the filing fee within twenty-one days of the date of this order or this matter will be dismissed.

**SO ORDERED** this   25th   day of August, 2005.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge