UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JEANINE LEA MOMMAERTS,

    Plaintiff,

v.                               Case No. 05-C-894

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING EXTENSION

Plaintiff Jeanine Mommaerts has requested an extension of time in which to file her response to Hartford's Motion for Summary Judgment in the above matter. Mommaerts states that she is being hospitalized for surgery and will be incapacitated for six to eight weeks following the surgery. Although it is not entirely clear from her letter, I understand that she is requesting 60 days from when the response would otherwise be due. With that understanding, plaintiff's motion will be granted and her response brief shall be filed on or before March 21, 2006. Unless otherwise ordered, the defendant will have fifteen days to file its reply.

    **SO ORDERED**.

    Dated this   4th   day of January, 2006.

                                              s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge